1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant FOX

6
                IN THE UNITED STATES DISTRICT COURT
7
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,            )
                                         )   No. CR 05-0745 MMC
10                Plaintiff,             )
                                         )   STIPULATION AND [PROPOSED]
11 vs.                                   )   ORDER MODIFYING
                                         )   CONDITIONS OF RELEASE
12 MICHAEL J. FOX,                       )
                                         )   Date:    January 4, 2006
13         Defendant.                    )   Time:    9:30 a.m.
                                         )   Court:   The Honorable Bernard
14                                       )            Zimmerman
                                         )
15

                              STIPULATION
16
       The parties agree to modify the conditions of Mr. Fox's release to include the posting of a
17
$4,000 cash bond with this Court forthwith. The parties submit this stipulation and proposed order
18
to this Court to provide Mr. Fox with a mechanism to post the $4,000 with the Clerk of Court. The
19
reason for the modification is to provide the Court with cash surety in this matter. The parties further
20
request that this Court order the proposed modification by means of this stipulation, and that the
21
parties not be required to appear before this Court to do so.
22
       Defendant Michael J. Fox, by and through counsel, hereby WAIVES his right to a hearing
23
regarding this bond modification. Mr. Fox has no objection to the modification, as it will enable him
24
\\
25
\\
26
\\

1  to obtain pieces of his personal identification, such as his driver's license and work visa, from the
2  United States and its agents once he posts the cash bond. This order is required before the Clerk of
3  Court will accept the surety.

5  IT IS SO STIPULATED

7  DATED: 1-3-06

*Elizabeth M. Falk*
ELIZABETH M. FALK
Assistant Federal Public Defender

9  DATED: 1/4/06

*Susan Badger*
SUSAN BADGER
Assistant United States Attorney

[PROPOSED] ORDER

Based upon the aforementioned representations of the parties, it is hereby ORDERED that the conditions of defendant Michael J. Fox's release are hereby MODIFIED. Mr. Fox is hereby ORDERED to post a $4,000 cash bond with the Clerk of the Court today, January 4, 2006. The bond may be presented to the Clerk of the Court in the form of a personal check. All other conditions of release remain the same as on the original bond.

DATED: 4 Jan 06

THE HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE COURT JUDGE