1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant FOX

6

                    IN THE UNITED STATES DISTRICT COURT
7
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,              )
                                          )   No. CR 05-0745 MMC
10                        Plaintiff,       )
                                          )   **STIPULATION AND [~~PROPOSED~~]**
11 vs.                                     )   **ORDER CONTINUING**
                                          )   **SENTENCING DATE**
12 MICHAEL J. FOX,                         )
                                          )   Date:    April 5, 2006
13 Defendant.                             )   Time:    2:30 p .m.
                                          )   Court:   The Honorable Maxine M.
14                                         )            Chesney
                                          )
15

16
                              STIPULATION
17
         The parties agree to continue the above referenced sentencing from April 5, 2006, until May
18
   24, 2006, at 2:30 p.m.  The purpose of the continuance is due to the fact that counsel for Mr. Fox will
19
   not be available for the entire month of March, as she will be out of the country on her honeymoon.
20
   Counsel for Mr. Fox needs a substantial amount of time to prepare for the sentencing in this matter,
21
   and is in the midst of securing evidence and affidavits from Mr. Fox' home country of England to
22
   prepare for the sentencing.  Counsel has multiple individuals to interview and a significant amount of
23
   data to absorb in preparation for the sentencing.  For these reasons, counsel requests May 24, 2006 as
24
   a sentencing date.
25
         United States Probation Officer Cheryl Simone has been informed about the request to
26
   continue the sentencing in this matter, and has not voiced any objection to the defendant's request for

\\

1   a continuance.  Defense counsel will ensure that Ms. Simone receives a copy of this Court's order,

2   should the Court grant the request.

3

4   IT IS SO STIPULATED

5

6   DATED: 2-16-06                   *Elizabeth Falk*

7                                    ELIZABETH M. FALK
                                     Assistant Federal Public Defender

8   DATED: 2/16/06                   *Susan Badger*

9                                    SUSAN BADGER
                                     Assistant United States Attorney

10

11

12                              [PROPOSED] ORDER

13

14          Based upon the aforementioned representations of the parties, and for good cause shown, it is

15   hereby ORDERED that the sentencing proceedings for defendant Michael J. Fox are hereby

16   CONTINUED until May 24, 2006, at 2:30 p.m.  The sentencing date of April 5, 2006 is hereby

17   vacated.

18   DATED:   February 17, 2006      *Maxine M. Chesney*

19                                   THE HONORABLE MAXINE M. CHESNEY
                                     UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25

26

STIP & ORDER CONTINUING SENTENCING
05-745 MMC                          - 2 -