1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant FOX
6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   No. CR-05-00745-MMC
                                       )
12              Plaintiff,             )   STIPULATION AND [PROPOSED]
                                       )   ORDER CONTINUING SENTENCING
13 vs.                                 )   DATE
                                       )
14 MICHAEL J. FOX,                     )   Date:  May 24, 2006
                                       )   Time:  2:30 p.m.
15              Defendant.             )   Court: Honorable Maxine M. Chesney
   _____ )
16

17                              STIPULATION

18       The parties agree to continue the above referenced sentencing from May 24, 2006, until

19 June 28, 2006, at 2:30.  The purpose of the continuance is due to the fact that counsel for

20 Mr. Fox has not been available due to a family emergency and needs a substantial amount of time

21 to prepare for the sentencing in this matter, including the review and preparation of a response to

22 the presentence investigation report.  For these reasons, counsel requests June 28, 2006 as a

23 sentencing date.

24       United States Probation Officer Cheryl Simone has been informed about the request to

25 continue the sentencing in this matter, and has no objection to the request for continuance.

26 Defense counsel will ensure that Ms. Simone receives a copy of this Court's order, should the

Stipulation and [Proposed] Order
U.S. v. Fox, No. CR 05-00745-MMC            1

1  Court grant the request.

2  IT IS SO STIPULATED

3

4  Dated: 5/12/2006              _____/S/_____
                                 ELIZABETH M. FALK
5                                Assistant Federal Public Defender

6

7  Dated: 5/12/2006              _____/S/_____
                                 SUSAN BADGER
8                                Assistant United States Attorney

9  I hereby attest that I have on file all holograph signatures for any signatures indicated by a

10 "conformed" signature (/S/) within this e-filed document.

11

12                               [PROPOSED] ORDER

13     Based upon the aforementioned representations of the parties, and for good cause shown,

14 it is hereby ORDERED that the sentencing proceedings for defendant Michael J. Fox, are hereby

15 CONTINUED until June 28, 2006, at 2:30 p.m.  The sentencing date of May 24, 2006 is hereby

16 VACATED.

17

18 Dated:  May 15, 2006           _____
                                 THE HONORABLE MAXINE M. CHESNEY
19                               UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

Stipulation and [Proposed] Order
U.S. v. Fox,  No. CR 05-00745-MMC                    2