KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SUSAN E. BADGER (CSBN 124365)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7199
    FAX: (415) 436-7234
    E-mail: Susan.Badger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05 0745 MMC |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER PERTAINING TO STOCK CERTIFICATE |
| v. ) | |
| MICHAEL FOX, ) | |
| Defendant. ) | |

    The parties hereby stipulate and agree to the following:

    1. On January 4, 2006, defendant Michael Fox ("Fox") pleaded guilty to a single count of mail fraud in violation of 18 U.S.C. § 1341 in connection with devising a scheme to defraud CPP, Inc. ("CPP"), Fox's former employer. See, Plea Agreement, at Docket Entry 22 & Order Accepting Plea as to Michael Fox, at Docket Entry 23.

    2. In connection with his plea, Fox agreed to pay restitution in an amount to be set by the Court, but in no event less than $246,524, for losses caused by Fox's submission to CPP of fraudulent invoices and claims for expense reimbursement. See, Plea Agreement, ¶ 8.

STIP. AND [PROP.] ORDER
[CR 05 0745] [MMC]

1     3. As part of the plea agreement, Fox agreed to make "a good faith effort to pay
2  any fine, forfeiture or restitution" he is ordered to pay. Id., at ¶ 8. Fox also agreed to
3  "release funds and property under my control in order to pay any fine, forfeiture, or
4  restitution." Id. In addition, Fox agreed to make a substantial payment toward restitution
5  by January 31, 2006. Id., at ¶ 15.
6     4. In connection with his employment at CPP, Fox received Stock Certificate No.
7  1732 in the amount of 100 shares.
8     5. In furtherance of Fox's promise to make a good faith effort to pay restitution
9  and to surrender assets in order to do so, Fox hereby stipulates and agrees that he will
10 return CPP Inc. Stock Certificate No. 1732 to CPP Inc., and disclaims any and all
11 ownership interest in that Certificate. Fox agrees to surrender the Stock Certificate to
12 CPP no later than close of business on June 22, 2006.
13    6. The parties agree that this Stipulation does not in any way limit the Court from
14 ordering the transfer or liquidation of other assets in order to pay Fox's restitution
15 obligation. Nor does this Stipulation prohibit or limit in any way CPP Inc. from seeking
16 any other assets in which Fox has an interest in order to pay CPP for losses suffered on
17 account of and arising from Fox's fraud.
18 IT IS SO STIPULATED.
19
20 Dated: 6/4/06
                                            /s/
21                              _____
                                MICHAEL FOX
                                Defendant
22
23                              KEVIN V. RYAN
                                United States Attorney
24
   Dated: 6/5/06                         /s/
25                              _____
                                SUSAN E. BADGER
                                Assistant United States Attorney
26
27    Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that
28 defendant Michael Fox surrender to CPP Inc. Stock Certificate No. 1732 in the amount of

STIP. AND [PROP.] ORDER
[CR 05 0745] [MMC]

1  100 shares no later than close of business on June 22, 2006.

3  IT IS SO ORDERED.

4  Dated:   June 5, 2006

                          MAXINE M. CHESNEY
                          United States District Judge

STIP. AND [PROP.] ORDER
[CR 05 0745] [MMC]