1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> MICHAEL J. FOX, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR 05 0745 MMC <br><br> [PROPOSED] ORDER AUTHORIZING ISSUANCE OF ARREST WARRANT |

Upon the ex parte motion of the United States, the Court finds probable cause to believe that defendant Michael Fox has failed to surrender for service of sentence, in violation of this Court's order issued June 29, 2006, and in violation of the terms and conditions of release, as set out in the personal recognizance bond signed by Fox on August 30, 2005.  There is probable cause to believe that Fox is in contempt of court, in violation of 18 U.S.C. § 401(3) and has violated 18 U.S.C. § 3146(a)(2)(failure to surrender for service of sentence).  For good cause appearing, IT IS HEREBY

[PROP.] ORDER
CR 05 0745 MMC                                              1

1  ORDERED that a no-bail warrant be issued for the arrest of defendant Michael Fox.

3  IT IS SO ORDERED.

4  Dated: October 5, 2006

_____
MAXINE M. CHESNEY
United States District Judge

[PROP.] ORDER
CR 05 0745 MMC                        2