United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0745 MMC |
| Plaintiff, | **ORDER RECALLING WARRANT OF ARREST** |
| v. | |
| MICHAEL J. FOX, | |
| Defendant.                                          / | |

The Court having been advised by the United States Attorney that the above-named defendant has this date surrendered to F.C. I. Lompoc, the warrant for said defendant's arrest issued pursuant to the Court's earlier-filed order of ths date, authorizing such issuance, is hereby RECALLED.

**IT IS SO ORDERED.**

Dated: October 5, 2006

_____
MAXINE M. CHESNEY
United States District Judge