1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant FOX

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 05-0745 MMC |
| vs. | ) | **MOTION FOR EXONERATION OF BOND** |
| MICHAEL J. FOX, | ) | Date: July 9, 2008 |
| Defendant. | ) | Time: 9:30 a.m. |
|  | ) | Court: The Honorable Bernard Zimmerman |

Defendant Michael Fox has completed his Bureau of Prisons ("BOP") sentence, was released from BOP custody on April 17, 2008, and is currently being supervised by USPO Cristopher Taylor. WHEREAS, Mr. Fox respectfully requests the Court to exonerate the bond in the aforementioned case so he can pick up his and his wife's passport from the Clerk of Court.

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

      /S/

ELIZABETH M. FALK
Assistant Federal Public Defender

# [~~PROPOSED~~] ORDER

The bond in this case is hereby EXONERATED. The clerk of court is directed to return Mr. Fox's passport and Mr. Fox's wife's passport to Mr. Fox forthwith.

DATED: July 9, 2008

_____
THE HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE COURT JUDGE

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
(United States District Court, Northern District of California seal)